**Scott A. WOOD, Plaintiff–Appellant,**

v.

**THURSTON COUNTY SUPERIOR COURT; et al., Defendants–Appellees.**

No. 02–35758.

D.C. No. CV–02–05209–FDB.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument and denies Wood's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted April 7, 2003.*

Decided April 16, 2003.

Before RYMER, KLEINFELD and FISHER, Circuit Judges.

## MEMORANDUM**

Scott A. Wood appeals pro se the district court's judgment dismissing for failure to state a claim his 42 U.S.C. § 1983 action alleging that Thurston County Local Rule 80(4), which provides that "oral decisions of the court which are transcribed for any purpose shall be submitted to the judge for correction prior to delivery of the transcript" is unconstitutional, both facially and as applied. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim, *Williamson v. Gen. Dynamics Corp.*, 208 F.3d 1144, 1149 (9th Cir.2000), and we affirm.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument and denies Wood's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.